**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| MARIANO OROSCO, | ) | NO. ED CV 09-1712-PA(E) |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | ORDER ADOPTING FINDINGS, |
| | ) | |
| KEN CLARK, Warden, | ) | CONCLUSIONS AND RECOMMENDATIONS OF |
| | ) | |
| Respondent. | ) | UNITED STATES MAGISTRATE JUDGE |
| | ) | |
| _____ | ) | |

Pursuant to 28 U.S.C. section 636, the Court has reviewed the Petition, all of the records herein and the attached Report and Recommendation of United States Magistrate Judge. The Court approves and adopts the Magistrate Judge's Report and Recommendation.

IT IS ORDERED that Judgment be entered denying and dismissing the Petition with prejudice.

///

///

///

///

1      IT IS FURTHER ORDERED that the Clerk serve copies of this Order,

2 the Magistrate Judge's Report and Recommendation and the Judgment

3 herein by United States mail on Petitioner, and counsel for

4 Respondent.

6      LET JUDGMENT BE ENTERED ACCORDINGLY.

8      DATED: February 7, 2011

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE